Commonwealth *v.* Graham, Appellant.

Argued March 16, 1971. *F. Emmett Fitzpatrick, Jr.,* with him *Fitzpatrick & Smith,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In the appeal at No. 1671, October Term, 1970 (No. 367 October Term, 1969 below; receiving stolen goods) the judgment of sentence is reversed and defendant discharged, the district attorney being in agreement.

In the appeal at No. 1672, October Term, 1970 (No. 368, October Term, 1969 below; carrying firearm without a license) the judgment of sentence is affirmed.

HOFFMAN, J., absent.

Commonwealth *v.* Guy, Appellant.

Argued March 22, 1971. *Jacques H. Geisenberger, Jr.,* with him *Penn B. Glazier,* for appellant; *Henry J. Rutherford,* First Assistant District Attorney, with him *Charles C. Newcomer,* District Attorney, for Commonwealth, appellee.

Appeal quashed.